IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
WIN DOZIER,                      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:21CV731
                                 )
SHERRI ALLGOOD, et al.,          )
                                 )
          Defendants.            )
```

### ORDER OF REMAND

On April 13, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 17, 18.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Remand and Motion for Attorney's Fees and Expenses, (Doc. 7), is **GRANTED IN PART** to the extent this case is **REMANDED** pursuant to 18 U.S.C. § 1447(c) and **DENIED** as to Plaintiff's request for attorney's fees and expenses.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the General Court of Justice, Superior Court Division, in Montgomery County, North Carolina, for further proceedings. The Clerk of

Court is directed to send a certified copy of this Order to the Montgomery County District Court Clerk.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Supplement the Motion for Remand, (Doc. 10), is **DENIED AS MOOT**.

This the 1st day of June, 2022.

/s/ William L. Osteen, Jr.
United States District Judge